**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: 249-275 PARK AVENUE EH, LLC  § Case No. 15-21758-JJT
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ANTHONY S. NOVAK-Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $15,045.00                    Assets Exempt: N/A
(without deducting any secured claims)

Total Distribution to Claimants: $657,810.03    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $138,320.34
```

3) Total gross receipts of $ 796,130.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $796,130.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,970,943.94 | $1,073,608.01 | $1,116,722.95 | $657,409.75 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 138,070.34 | 138,070.34 | 138,070.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 250.00 | 250.00 | 250.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 350.28 | 350.28 | 350.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 85,883.68 | 15,587.64 | 50.00 | 50.00 |
| **TOTAL DISBURSEMENTS** | $2,056,827.62 | $1,227,866.27 | $1,255,443.57 | $796,130.37 |

    4) This case was originally filed under Chapter 7 on October 02, 2015. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2017              By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 249 Park Avenue, East Hartford, CT | 1110-000 | 50,011.28 |
| 275 Park Avenue, East Hartford, CT | 1210-000 | 670,082.17 |
| RENT | 1222-000 | 65,370.25 |
| DISGORGED LEGAL FEES FROM GREENE LAW, PC | 1229-000 | 10,666.67 |
| **TOTAL GROSS RECEIPTS** | | **$796,130.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | A.R. 3 Associates, LLC | 4110-000 | 1,806,582.00 | 974,515.86 | 1,017,630.80 | 558,317.60 |
| NOTFILED | Associated Architects, P.C. | 4110-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | VMF TF1, LLC | 4110-000 | 90,348.94 | N/A | N/A | 0.00 |
| NOTFILED | Twon of East Hartford | 4110-000 | 40,013.00 | N/A | N/A | 0.00 |
| | ZUBOFF LAW OFFICES, LLC | 4110-000 | N/A | 99,092.15 | 99,092.15 | 99,092.15 |
| **TOTAL SECURED CLAIMS** | | | **$1,970,943.94** | **$1,073,608.01** | **$1,116,722.95** | **$657,409.75** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | N/A | 43,056.52 | 43,056.52 | 43,056.52 |
| Trustee Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | N/A | 124.96 | 124.96 | 124.96 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK'S | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| U.S. Trustee Quarterly Fees - United States Trustee for the District of CT. | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Other - BLUM SHAPIRO & COMPANY, PC | 3410-000 | N/A | 3,158.00 | 3,158.00 | 3,158.00 |
| Other - Eversource Energy | 2420-000 | N/A | 10,148.78 | 10,148.78 | 10,148.78 |
| Other - Percy Auto Body Service | 2420-000 | N/A | 450.00 | 450.00 | 450.00 |
| Other - Sabia Taiman, LLC | 3210-600 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - Sabia Taiman, LLC | 3220-610 | N/A | 37.00 | 37.00 | 37.00 |
| Other - Chozick Realty, Inc. | 3510-000 | N/A | 36,000.00 | 36,000.00 | 36,000.00 |
| Other - Eversource Energy | 2420-000 | N/A | 4,852.21 | 4,852.21 | 4,852.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.52 | 17.52 | 17.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.05 | 26.05 | 26.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.69 | 19.69 | 19.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 593.00 | 593.00 | 593.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 677.38 | 677.38 | 677.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 117.34 | 117.34 | 117.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.27 | 113.27 | 113.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.83 | 124.83 | 124.83 |
| Other - ANTHONY S. NOVAK, ESQ. | 2300-000 | N/A | 27.46 | 27.46 | 27.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.75 | 115.75 | 115.75 |
| Other - ZUBOFF LAW OFFICES, LLC | 2820-000 | N/A | 59.37 | 59.37 | 59.37 |
| Other - ZUBOFF LAW OFFICES, LLC | 2500-000 | N/A | 22.80 | 22.80 | 22.80 |
| Other - ZUBOFF LAW OFFICES, LLC | 2820-000 | N/A | -59.37 | -59.37 | -59.37 |
| Other - ZUBOFF LAW OFFICES, LLC | 2500-000 | N/A | -22.80 | -22.80 | -22.80 |
| Other - ZUBOFF LAW OFFICES, LLC | 2500-000 | N/A | 11,725.00 | 11,725.00 | 11,725.00 |
| Other - ZUBOFF LAW OFFICES, LLC | 2500-000 | N/A | 5,740.46 | 5,740.46 | 5,740.46 |
| Other - ZUBOFF LAW OFFICES, LLC | 2820-000 | N/A | 12,971.15 | 12,971.15 | 12,971.15 |
| Other - ZUBOFF LAW OFFICES, LLC | 2820-000 | N/A | 4,142.97 | 4,142.97 | 4,142.97 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - ZUBOFF LAW OFFICES, LLC | 2500-000 | | N/A | 170.00 | 170.00 | 170.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $138,070.34 | $138,070.34 | $138,070.34 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State of Connecticut | 6820-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $250.00 | $250.00 | $250.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Connecticut | 5800-000 | N/A | 350.28 | 350.28 | 350.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $350.28 | $350.28 | $350.28 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Town of East Hartford | 7100-000 | N/A | 15,537.64 | 0.00 | 0.00 |
| 2U | State of Connecticut | 7100-000 | N/A | 50.00 | 50.00 | 50.00 |
| NOTFILED | PKV, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Windsor Sanitation | 7100-000 | 702.02 | N/A | N/A | 0.00 |
| NOTFILED | Westside Property Management | 7100-000 | 16,586.00 | N/A | N/A | 0.00 |
| NOTFILED | Loopnet | 7100-000 | 33.66 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Mouta | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greene Law, P.C. | 7100-000 | 17,362.00 | N/A | N/A | 0.00 |
| NOTFILED | L&M Paving | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $85,883.68 | $15,587.64 | $50.00 | $50.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21758-JJT  
**Case Name:** 249-275 PARK AVENUE EH, LLC

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (c)  
**§341(a) Meeting Date:** 02/22/16

**Period Ending:** 06/16/17

**Claims Bar Date:** 05/23/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 249 Park Avenue, East Hartford, CT | 50,000.00 | 50,011.28 | | 50,011.28 | FA |
| 2 | 275 Park Avenue, East Hartford, CT  (u) | 472,500.00 | 670,082.17 | | 670,082.17 | FA |
| 3 | DIP Operating Account (Webster Bank)<br>    Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 4 | DIP Tax Account (Webster Bank)<br>    Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Debtor used the checking account controlled by  (u)<br>171-357 Park Avenue EH, LLC prior to filing<br>bankruptcy. Balance of debtor's interest as of date of<br>filing was $1,294.38 (Webster Bank) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposits from Tenants<br>    Spent by debtor during Chapter 11 | 14,045.00 | 0.00 | | 0.00 | FA |
| 7 | RENT  (u) | 65,370.25 | 65,370.25 | | 65,370.25 | FA |
| 8 | DISGORGED LEGAL FEES FROM GREENE LAW,<br>PC  (u)<br>    Pursuant to court order dated 6/13/16 | 10,666.67 | 10,666.67 | | 10,666.67 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$613,581.92** | **$796,130.37** | | **$796,130.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/24/16: Efile App to Employ Sabia Taiman as special counsel re: sale (granted 6/20/16)

03/28/16: Efile 363 motion (granted 4/28/16)Also filed Trustee's Notice of Intent to Sell and Opportunity to Make Higher Bids.  Bid date for higher and better and higher offers if 5/9/16.  Secured party has consented to sale provided that aggregate sale price of $1.4 million is exceeded.

03/22/16: Efile Request for Ch 11 Admin Bar Date (6/29/16)

03/02/16: Efile App to Employ Real Estate Broker (granted 3/23/16)

03/01/16: Efile Motion to Pay Admin Claim of Percy's AUto for snowplowing (granted 4/6/16)

02/24/16: Efile App to Employ Blum

**Initial Projected Date Of Final Report (TFR):**    May 30, 2016        **Current Projected Date Of Final Report (TFR):**    January 11, 2017  (Actual)

Printed: 06/16/2017 10:53 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-21758-JJT  
**Case Name:** 249-275 PARK AVENUE EH, LLC  
**Taxpayer ID #:** **-***8718  
**Period Ending:** 06/16/17

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $22,204,765.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/16 | {7} | GR INTERIOR SERVICES, LLC | Rent | 1222-000 | 1,650.00 | | 1,650.00 |
| 02/08/16 | {7} | COAST TO COAST LOGISTICS AND TRANS, LLC | Rent | 1222-000 | 3,000.00 | | 4,650.00 |
| 02/10/16 | {7} | KV Mechanical Construction | Rent | 1222-000 | 937.50 | | 5,587.50 |
| 02/29/16 | {7} | KV Mechanical Construction | Rent (March) | 1222-000 | 937.50 | | 6,525.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,515.00 |
| 03/08/16 | {7} | QUALITY PRODUCTS, LLC | Rent - March 2016 | 1222-000 | 2,700.00 | | 9,215.00 |
| 03/08/16 | {7} | 5th ALPHA & OMEGA ASSEMBLIES OF GOD | Rent - March 2016 | 1222-000 | 1,000.00 | | 10,215.00 |
| 03/11/16 | {7} | QUALITY PRODUCTS LLC | Rent March 2016 | 1222-000 | 2,700.00 | | 12,915.00 |
| 03/21/16 | {7} | COAST TO COAST LOGISTICS AND TRANS, LLC | RENT | 1222-000 | 3,000.00 | | 15,915.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 15,897.48 |
| 04/04/16 | {7} | KV MECHANICAL CONSTRUCTION | Rent (April) | 1222-000 | 937.50 | | 16,834.98 |
| 04/06/16 | {7} | 5th ALPHA & OMEGA ASSEMBLIES OF GOD | Rent - April 2016 | 1222-000 | 1,000.00 | | 17,834.98 |
| 04/11/16 | {7} | QUALITY PRODUCTS, LLC | April Rent | 1222-000 | 850.00 | | 18,684.98 |
| 04/15/16 | 101 | Percy Auto Body Service | Per court order allowing payment dated 4/6/16 | 2420-000 | | 450.00 | 18,234.98 |
| 04/18/16 | {7} | COAST TO COAST LOGISTICS AND TRANS, LLC | RENT | 1222-000 | 3,000.00 | | 21,234.98 |
| 04/20/16 | 102 | Eversource Energy | Per court order allowing admininistrative expense dated 4/20/16 | 2420-000 | | 10,148.78 | 11,086.20 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.05 | 11,060.15 |
| 05/03/16 | {7} | KV MECHANICAL CONSTRUCTION | Rent | 1222-000 | 937.50 | | 11,997.65 |
| 05/09/16 | {7} | 5th ALPHA & OMEGA ASSEMBLIES OF GOD | Rent - May 2016 | 1222-000 | 1,000.00 | | 12,997.65 |
| 05/31/16 | {7} | QUALITY PRODUCTS, LLC | May 2016 rent | 1222-000 | 2,700.00 | | 15,697.65 |
| 05/31/16 | {7} | KV MECHANICAL CONSTRUCTION | Rent /May | 1222-000 | 937.50 | | 16,635.15 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.69 | 16,615.46 |
| 06/02/16 | {7} | COAST TO COAST LOGISTICS AND TRANS, LLC | RENT | 1222-000 | 3,000.00 | | 19,615.46 |
| 06/03/16 | 103 | Eversource Energy | Per court order allowing admininistrative expense dated 6/3/16 | 2420-000 | | 4,852.21 | 14,763.25 |
| 06/08/16 | {7} | IGLESIA ALVDC-A/D | Rent - June 2016 | 1222-000 | 1,000.00 | | 15,763.25 |
| 06/09/16 | {7} | QUALITY PRODUCTS, LLC | CHECK RETURNED FOR INSUFFICIENT | 1222-000 | -2,700.00 | | 13,063.25 |

Subtotals : $28,587.50    $15,524.25

{} Asset reference(s)    Printed: 06/16/2017 10:53 AM    V.13.30

## Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 15-21758-JJT | Trustee: ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
| Case Name: 249-275 PARK AVENUE EH, LLC | Bank Name: Rabobank, N.A. |
| | Account: ******8166 - Checking Account |
| Taxpayer ID #: **-***8718 | Blanket Bond: $22,204,765.00 (per case limit) |
| Period Ending: 06/16/17 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | FUNDS | | | | |
| 06/14/16 | {7} | QUALITY PRODUCTS, INC. | May Rent | 1222-000 | 2,700.00 | | 15,763.25 |
| 06/22/16 | {7} | COAST TO COAST LOGISTICS AND TRANS, LLC | RENT / JUNE | 1222-000 | 3,000.00 | | 18,763.25 |
| 06/27/16 | {7} | 171-221 PARK AVENUE EH, LLC | Due to Tenant Sherwin Williams rent payment error. Original check made payable to 171-221 Park Avenue EH, LLC. Correct recipient: 249-275 Park Avenue EH, LLC | 1290-000 | 6,216.55 | | 24,979.80 |
| 07/05/16 | {8} | 171-221 PARK AVENUE EH, LLC | Disgorged legal fees from Greene Law, PC pursuant to court order dated 6/13/16 | 1229-000 | 10,666.67 | | 35,646.47 |
| 07/05/16 | | ZUBOFF LAW OFFICES, LLC | Sales Proceeds from sale of 275 Park Avenue, East Hartford, CT | | 441,980.90 | | 477,627.37 |
| | {2} | | Gross Sale of property /275 Park Avenue    670,082.17 | 1210-000 | | | 477,627.37 |
| | | | City taxes    -59.37 | 2820-000 | | | 477,627.37 |
| | | | water adjustment    -22.80 | 2500-000 | | | 477,627.37 |
| | | | seller credit for taxes    59.37 | 2820-000 | | | 477,627.37 |
| | | | water adjustment    22.80 | 2500-000 | | | 477,627.37 |
| | | | Transfer taxes    -11,725.00 | 2500-000 | | | 477,627.37 |
| | | | Mortgage payoff    -99,092.15 | 4110-000 | | | 477,627.37 |
| | {2} | | initial deposit for 275    -100,000.00 | 1210-000 | | | 477,627.37 |
| | | | Taxes    -12,971.15 | 2820-000 | | | 477,627.37 |
| | | | MDC    -4,142.97 | 2820-000 | | | 477,627.37 |
| | | | MDC Release fee    -170.00 | 2500-000 | | | 477,627.37 |
| 07/05/16 | | ZUBOFF LAW OFFICES, LLC | Sales Proceeds from sale of 249 Park Avenue, East Hartford, CT | | 44,270.82 | | 521,898.19 |
| | {1} | | gross sale of property/249 Park Avenue    50,011.28 | 1110-000 | | | 521,898.19 |
| | | | Settlement charges    -5,740.46 | 2500-000 | | | 521,898.19 |
| 07/18/16 | {7} | SHERWIN-WILLIAMS COMPANY | Rent (March April May & June) | 1222-000 | 24,866.20 | | 546,764.39 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.00 | 546,171.39 |
| 08/02/16 | | From Account #******8167 | Per sale of real property | 9999-000 | 100,000.00 | | 646,171.39 |
| 08/02/16 | 104 | A.R. 3 Associates, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (proceeds sale of property) | 4110-000 | | 507,264.72 | 138,906.67 |
| 08/02/16 | 105 | A.R. 3 Associates, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (rent collections) | 4110-000 | | 17,882.65 | 121,024.02 |

Subtotals :   $633,701.14   $525,740.37

{} Asset reference(s)                                                                                                    Printed: 06/16/2017 10:53 AM   V.13.30

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-21758-JJT | | Trustee: | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
|---|---|---|---|---|
| Case Name: | 249-275 PARK AVENUE EH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8166 - Checking Account |
| Taxpayer ID #: | **-***8718 | | Blanket Bond: | $22,204,765.00 (per case limit) |
| Period Ending: | 06/16/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/16 | 106 | Chozick Realty, Inc. | Per court order allowing commission dated 8/4/16 | 3510-000 | | 36,000.00 | 85,024.02 |
| 08/17/16 | 107 | Sabia Taiman, LLC | Per court order allowing fees and expenses dated 8/4/16 | | | 2,537.00 | 82,487.02 |
| | | | Per court order allowing expenses dated 8/4/16    37.00 | 3220-610 | | | 82,487.02 |
| | | | Per court order allowing fees dated 8/4/16    2,500.00 | 3210-600 | | | 82,487.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 677.38 | 81,809.64 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.34 | 81,692.30 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.27 | 81,579.03 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.83 | 81,454.20 |
| 12/02/16 | 108 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #15-21758, Bond #016027937 | 2300-000 | | 27.46 | 81,426.74 |
| 12/19/16 | 109 | BLUM SHAPIRO & COMPANY, PC | Per court order allowing fees dated 12/9/16 | 3410-000 | | 3,158.00 | 78,268.74 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.75 | 78,152.99 |
| 04/25/17 | 110 | CLERK'S OFFICE | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 176.00 | 77,976.99 |
| 04/25/17 | 111 | United States Trustee for the District of CT. | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 975.00 | 77,001.99 |
| 04/25/17 | 112 | State of Connecticut | Dividend paid 100.00% on $250.00, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: | 6820-000 | | 250.00 | 76,751.99 |
| 04/25/17 | 113 | State of Connecticut | Dividend paid 100.00% on $350.28; Claim# 2; Filed: $350.28; Reference: | 5800-000 | | 350.28 | 76,401.71 |
| 04/25/17 | 114 | State of Connecticut | Dividend paid 100.00% on $50.00; Claim# 2U; Filed: $50.00; Reference: | 7100-000 | | 50.00 | 76,351.71 |
| 04/25/17 | 115 | A.R. 3 Associates, LLC | Dividend paid 54.86% on $1,017,630.80; Claim# 3; Filed: $974,515.86; Reference: | 4110-000 | | 33,170.23 | 43,181.48 |
| 04/25/17 | 116 | ANTHONY S. NOVAK-Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 43,181.48 | 0.00 |
| | | | Dividend paid 100.00% on $43,056.52; Claim# ; Filed: $43,056.52    43,056.52 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $124.96; Claim# ;    124.96 | 2200-000 | | | 0.00 |

Subtotals :    $0.00    $121,024.02

{} Asset reference(s)                                                                                                Printed: 06/16/2017 10:53 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-21758-JJT
**Case Name:** 249-275 PARK AVENUE EH, LLC

**Taxpayer ID #:** **-***8718
**Period Ending:** 06/16/17

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)
**Bank Name:** Rabobank, N.A.
**Account:** ******8166 - Checking Account
**Blanket Bond:** $22,204,765.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $124.96 | | | | |
| | | | ACCOUNT TOTALS | | 662,288.64 | 662,288.64 | $0.00 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | **Subtotal** | | **562,288.64** | **662,288.64** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$562,288.64** | **$662,288.64** | |

{} Asset reference(s)

Printed: 06/16/2017 10:53 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-21758-JJT  
**Case Name:** 249-275 PARK AVENUE EH, LLC  

**Taxpayer ID #:** **-***8718  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8167 - Escrow Account  
**Blanket Bond:** $22,204,765.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/16 | {2} | KV MECHANICAL CONSTR. & RESTORATION CO., INC. | Deposit on purchase of 275 Park Avenue, East Hartford, CT | 1210-000 | 50,000.00 | | 50,000.00 |
| 06/08/16 | {2} | KV MECHANICAL CONSTR. & RESTORATION CO., INC. | Deposit on purchase of 275 Park Avenue, East Hartford, CT | 1210-000 | 50,000.00 | | 100,000.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.45 | 99,922.55 |
| 07/05/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -77.45 | 100,000.00 |
| 08/02/16 | | To Account #******8166 | Per sale of real property | 9999-000 | | 100,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 100,000.00 | 100,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 100,000.00 | |
| | | | **Subtotal** | | 100,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,000.00** | **$0.00** | |

| | | |
|---|---:|---|
| Net Receipts : | 662,288.64 | |
| Plus Gross Adjustments : | 133,841.73 | |
| Net Estate : | $796,130.37 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******8166** | 562,288.64 | 662,288.64 | 0.00 |
| **Checking # ******8167** | 100,000.00 | 0.00 | 0.00 |
| | **$662,288.64** | **$662,288.64** | **$0.00** |

{} Asset reference(s)